AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-05236-MLB-CCB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **LVNV Funding d/b/a Resurgent Capital Services LP**
was recieved by me on **9/21/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Alisha M Smith**, who is designated by law to accept service of process on behalf of **LVNV Funding d/b/a Resurgent Capital Services LP** at **2 suncourt, suite 400, Peachtree Corners, GA 30092** on **09/22/2025 at 11:23 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  09/22/2025

*Server's signature*

**Dana Faulkner**
*Printed name and title*

**3769 Tupelo Trail**
**Auburn, GA 30011**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET, to Alisha M Smith who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Coordinator,  Authorized to Accept.**




Tracking #: **0187373100**

# Georgia Certified Process Server



Dana Faulkner

Cert. Date    11/16/2024

Exp. Date    11/16/2027

ID #      CPS260

**NON LAW ENFORCEMENT**